SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone: 206-529-5195
Facsimile: 253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorneys for Plaintiff, Quang Phan*

THE HONORABLE JUDGE ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| QUANG PHAN,<br><br>Plaintiff,<br><br>v.<br><br>SPRINT COMMUNICATIONS CO. L.P. DBA SPRINT COMMUNICATIONS COMPANY LIMITED, DBA SPRINT CORPORATION, a Delaware Limited Partnership, and DIVERSIFIED CONSULTANTS, INC., a Minnesota Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation and TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>Defendants. | NO. 2:19-cv-180-JLR<br><br>[PROPOSED] **ORDER GRANTING STIPULATED MOTION FOR MODIFICATION OF DEADLINES** |

THIS MATTER came before the Court upon the Parties' Stipulated Motion for Modification of Deadlines. The Court considered the following:

1. Stipulated Motion for Modification of Deadlines.

ORDER FOR MODIFICATION OF DEADLINES [PROPOSED]
2:19-cv-180-JLR

1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

NOW, THEREFORE, IT IS HEREBY ORDERED that the Stipulated Motion for Modification of Deadlines is GRANTED. The deadline for the parties to hold their Rule 26(f) conference is modified to March 29, 2019, and the deadline for the parties to file their Joint Status Report is modified to April 5, 2019.

It is so ordered:

DATED this 11th date of March, 2019.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury under the laws of the State of Washington that on the 11th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all registered CM/ECF participants in this case.

Dated this 11th day of March, 2019, at Chamonix Mont-Blanc, Haute-Savoie, France.

S//SaraEllen Hutchison
SaraEllen Hutchison

ORDER FOR MODIFICATION OF DEADLINES [PROPOSED]
2:19-cv-180-JLR

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com