Erik J. Jones, Esq. (Admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: (317) 363-2400
Facsimile: (317) 363-2257
E-Mail: ejones@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, P.S., WSBA #35477
Christopher M. Reed, Esq. WSBA #49716
Montgomery Purdue Blankinship & Austin PLLC
5500 Columbia Center
701 Fifth Avenue
Seattle, WA 98104-7096
Telephone: 206-682-7090
Fax: 206-625-9534
E-Mail: biv@mpba.com
E-Mail: creed@mpba.com

*Local Counsel for Defendant Trans Union, LLC*

Judge James L. Robart

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON (SEATTLE)

| | |
|---|---|
| QUANG PHAN,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>SPRINT COMMUNICATIONS CO. LP DBA SPRINT COMMUNICATIONS COMPANY LIMITED, DBA SPRINT CORPORATION, a Delaware Limited Partnership; DIVERSIFIED CONSULTANTS, INC., a Minnesota Corporation; EXPERIAN INFORMATION SOLUTIONS, INC.; an Ohio corporation; and TRANS UNION, LLC, a Delaware Limited Liability Company;<br>　　　　Defendants. | CASE NO. 2:19-cv-00180-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY** |

STIPULATION AND ORDER OF DISMISSAL - 1
2:19-cv-00180-JLR

Plaintiff Quang Phan ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: July 11, 2019

*/s/ SaraEllen Hutchison (with consent)*
SaraEllen Hutchison, Esq.

*Counsel for Quang Phan*

Date: July 11, 2019

*/s/ Erik J. Jones*
Erik J. Jones, Esq.
 (Admitted *Pro Hac Vice*)

*Lead Counsel for Defendant Trans Union, LLC*

Benjamin I. VandenBerghe, P.S.
 WA State Bar No. 35477
Christopher M. Reed, Esq.
 WA State Bar No. 49716

*Counsel for Defendant Trans Union, LLC*

IT IS SO ORDERED.

Dated this 29ᵗʰ day of _____July_____, 2019.

James L. Robart
United States District Judge

**STIPULATION AND ORDER OF DISMISSAL - 2**
**2:19-cv-00180-JLR**

SCHUCKIT & ASSOCIATES, P.C.
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
(317) 363-2400 TEL
(317) 363-2400 FAX

1

## CERTIFICATE OF SERVICE

2   The undersigned hereby certifies that a copy of the foregoing has been filed electronically

3   on the **11th day of July, 2019**.  Notice of this filing will be sent to the following parties by

4   operation of the Court's electronic filing system.  Parties may access this filing through the

5   Court's electronic filing.

6

| SaraEllen M. Hutchison, Esq. saraellen@saraellenhutchison.com | Jessica M. Andrade, Esq. Jessica.andrade@polsinelli.com |
|---|---|
| Damian P. Richard, Esq. drichard@sessions.legal | Bao Pham, Esq. bpham@jonesday.com |
| Rachel Groshong, Esq. Rachel.groshong@stoel.com | |

7

8

9

10   The undersigned further certifies that a true copy of the foregoing was served on the

11   following parties via First Class, U.S. Mail, postage prepaid, on the **11th day of July, 2019**,

12

13   properly addressed as follows:

14

| None. | |
|---|---|

15

16                                            /s/ Erik J. Jones
                                             Erik J. Jones, Esq.
17                                              (Admitted *Pro Hac Vice*)

18                                           *Counsel for Defendant Trans Union, LLC*

19

20

21

22

23

24

25

26

**STIPULATION AND ORDER OF DISMISSAL - 3**
**2:19-cv-00180-JLR**

**SCHUCKIT & ASSOCIATES, P.C.**
4545 NORTHWESTERN DRIVE
ZIONSVILLE, IN 46077
(317) 363-2400 TEL
(317) 363-2400 FAX