SaraEllen Hutchison (WSBA # 36137)
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone:   206-529-5195
Facsimile:   253-302-8486
Email: saraellen@saraellenhutchison.com

*Attorney for Plaintiff, QUANG PHAN*

THE HONORABLE JUDGE ROBART

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| QUANG PHAN,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>SPRINT COMMUNICATIONS CO. L.P. DBA SPRINT COMMUNICATIONS COMPANY LIMITED, DBA SPRINT CORPORATION, a Delaware Limited Partnership, and DIVERSIFIED CONSULTANTS, INC., a Minnesota Corporation, EXPERIAN INFORMATION SOLUTIONS, INC., an Ohio Corporation and TRANS UNION LLC, a Delaware Limited Liability Company,<br><br>　　　　　　　Defendants. | NO. 2:19-cv-00180-JLR<br><br>STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>**NOTE ON CALENDAR:**<br>**AUGUST 9, 2019** |

　　　Plaintiff, by counsel, and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), by counsel, hereby stipulate and agree that Plaintiff's cause of action against Experian only should be dismissed, with prejudice, with each party to bear its own costs and attorney's fees.

STIPULATION TO DISMISS EXPERIAN
INFORMATION SOLUTIONS, INC.
2:19-cv-00180-JLR

1

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

|   |   |
|---|---|
|   | Respectfully submitted, |
| Date: 8/8/19 | S//SaraEllen Hutchison<br>SARAELLEN HUTCHISON (WSBA #36137)<br>LAW OFFICE OF SARAELLEN HUTCHISON, PLLC<br>539 Broadway<br>Tacoma, WA 98402<br>Telephone: (206) 529-5195<br>Facsimile: (253) 302-8486<br>Email: saraellen@saraellenhutchison.com |
|   | *Attorney for Plaintiff* |
| DATE: 8/8/19 | S//Bao Pham<br>Bao Pham<br>(California Bar #322899, Admitted *Pro Hac Vice*)<br>JONES DAY<br>3161 Michelson Drive, Suite 800<br>Irvine, California 92612-4408<br>Telephone: (949) 533-7560<br>Fax: (949) 553-7539<br>Email: bpham@jonesday.com |
|   | S//Rachel Groshong<br>RACHEL GROSHONG (WSBA #47021)<br>STOEL RIVES LLP<br>600 University Street, Suite 3600<br>Seattle, WA 98101<br>Telephone: (206) 386-7545<br>Fax: (206) 386-7500<br>Email: rachel.groshong@stoel.com |
|   | *Attorneys for Defendant Experian* |

IT IS SO ORDERED.

Dated this 9th day of August, 2019.

JAMES L. ROBART
United States District Judge

STIPULATION TO DISMISS EXPERIAN
INFORMATION SOLUTIONS, INC.
2:19-cv-00180-JLR

2

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of August, 2019, the foregoing was filed via the Court's CM/ECF system, which will automatically serve and send email notification of such filing to all registered attorneys of record.

Dated this 9th day of August, 2019 at Tacoma, Washington.

S//SaraEllen Hutchison
SaraEllen Hutchison (WSBA No. 36137)
Law Office of SaraEllen Hutchison, PLLC
539 Broadway
Tacoma, WA 98402
Ph 206-529-5195
F 253-302-8486
saraellen@saraellenhutchison.com

STIPULATION TO DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.
2:19-cv-00180-JLR

3

Law Office of SaraEllen Hutchison, PLLC
539 Broadway | Tacoma, WA 98402
Ph (206) 529-5195 | Fax (253) 302-8486
saraellen@saraellenhutchison.com