The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| QUANG PHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SPRINT COMMUNICATIONS CO. LP dba SPRINT COMMUNICATIONS COMPANY LIMITED, dba SPRINT CORPORATION, a Delaware limited partnership; DIVERSIFIED CONSULTANTS, INC., a Minnesota corporation; EXPERIAN INFORMATION SOLUTIONS, INC.; an Ohio corporation; and TRANS UNION, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | Case No. 2:19-cv-00180-JLR<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL**<br><br>NOTE ON MOTION CALENDAR:<br>September 17, 2019 |

Defendant Sprint Communications Co. LP dba Sprint Communications Company Limited, dba Sprint Corporation ("Sprint") together with the Plaintiff, Quang Phan, hereby stipulate and move the Court that all of Plaintiff Quang Phan's claims made against Sprint in the above-named matter shall be dismissed with prejudice, and without costs to either party.

/

/

/

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 1
(Case No. 2:19-cv-00180-JLR)



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

DATED this 17th day of September, 2019.

Respectfully submitted,

*/s/ Jessica M. Andrade*
Jessica M. Andrade, WSBA# 39297
POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone:       (206) 393-5400
Facsimile:        (206) 393-5401
E-mail: jessica.andrade@polsinelli.com

*Attorneys for Defendant Sprint Communications Co. LP dba Sprint Communications Company Limited, dba Sprint Corporation*

*/s/ SaraEllen Hutchison (email authorization)*
SaraEllen Hutchison, WSBA# 36137
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone: 206-529-5195
Facsimile: 253-302-8486
E-mail: saraellen@saraellenhutchison.com

*Attorneys for Plaintiff Quang Phan*



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400

## ORDER

IT IS SO ORDERED: All of Plaintiff Quang Phan's claims against Sprint in this matter are hereby dismissed, with prejudice, and without costs to either party.

Dated: September 17, 2019

_____
JAMES L. ROBART
United States District Judge

**Presented by:**

/s/ Jessica M. Andrade
Jessica M. Andrade, WSBA# 39297
POLSINELLI PC
1000 Second Avenue, Suite 3500
Seattle, WA 98104
Telephone:   (206) 393-5400
Facsimile:    (206) 393-5401
E-mail:          jessica.andrade@polsinelli.com

*Attorneys for Defendant Sprint Communications Co. LP dba Sprint Communications Company Limited, dba Sprint Corporation*

/s/ SaraEllen Hutchison (email authorization)
SaraEllen Hutchison, WSBA# 36137
LAW OFFICE OF SARAELLEN HUTCHISON, PLLC
539 Broadway
Tacoma, WA 98402
Telephone:   (206) 529-5195
Facsimile:    (253) 302-8486
E-mail:          saraellen@saraellenhutchison.com

*Attorneys for Plaintiff Quang Phan*



## CERTIFICATE OF SERVICE

I hereby certify that on the date given below, I electronically filed the foregoing document to which this certificate is attached with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all counsel of record.

DATED this 17th day of September, 2019, at Seattle, Washington.

/s/Jeni Bonanno
Jeni Bonanno, Legal Assistant

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 4
(Case No. 2:19-cv-00180-JLR)



POLSINELLI
1000 SECOND AVENUE, SUITE 3500
SEATTLE, WA 98104 • (206) 393-5400